# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| ROBERT CURTIS FINCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV610-027 |
| | ) |
| THE STATE OF GEORGIA, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Robert Curtis Finch has filed, under a *state court* caption, a "Habeas Corpus sentencing complaint." Doc. 1 at 1. He seeks "immediate termination of both [criminal cases[1] against him] . . . and fair payment for lose [sic] of life and worth, public humiliation which would be $100,000,000.00." *Id.* at 2. But he failed to designate what cause of action he seeks to bring, so the Court furnished him with various forms

---

[1] Finch is unclear what sort of criminal cases are "against him," as he speaks of being "arrested on 9-18-2007 or 10-18-07 for probation violation," and later "was charged with a new crime. . . ." Doc. 1 at 1. He then says his "home was searched on 9-19-2007 or 10-19-2007 and the plaintiff was later charged with the crime of manufacturing marijuana. . . ." *Id.* The rest of his complaint supplies no specific details as to what criminal statutes he violated, nor the nature of his "probation violation." Nor is he clear whether the "marijuana" prosecution has been completed.

and gave him 14 days to respond. Doc. 4. He has not responded. Accordingly, his case should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this <u>7th</u> day of June, 2010.

_/s/ signature_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA