FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN 22 AM 9:35

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

ROBERT CURTIS FINCH, )
)
   Plaintiff, )
)
v. ) Case No. CV610-027
)
THE STATE OF GEORGIA, )
)
   Defendant. )

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22 day of June, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA